IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL A. MCNEIL, | * |
| Plaintiff, | * |
| v. | *   Civil No. WDQ-13-1501 |
| FEDERAL NETWORK SYSTEMS, LLC, | * |
| Defendant. | * |

ORDER

Michael A. McNeil brings this action pursuant to the Consumer Credit Protection Act, 15 U.S.C. § 1673, and has moved for leave to proceed *in forma pauperis*. After reviewing McNeil's stated yearly earnings and assets, the Court finds that McNeil is not impoverished for purposes of 28 U.S.C. § 1915 *pauperis* status.

Accordingly, it is, this 30th day of May, 2013, ORDERED that:

1. The Motion for Leave to Proceed *in Forma Pauperis* (ECF No. 2) BE, and HEREBY IS, DENIED;

2. The Plaintiff SHALL SEND a $400.00 filing fee to the Clerk within thirty (30) days. Failure to pay the filing fee within the time prescribed may result in the dismissal of this action without prejudice and without further notice from the Court;

3. All further action in the instant case IS STAYED pending payment of the filing fee; and

4. The Clerk of the Court shall SEND a copy of this Order to the Plaintiff.

_____
William D. Quarles, Jr.
United States District Judge