IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

MICHAEL A. MCNEIL,　　　　　　　　　*

　　　Plaintiff,　　　　　　　　　　　*

　　　　　v.　　　　　　　　　　　　*　　CIVIL NO.: WDQ-13-1501

FNS SYSTEMS, LLC,　　　　　　　　　*

　　　Defendant.　　　　　　　　　　*

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 17th day of January, 2014, ORDERED that:

1. Defendant's motion to dismiss for lack of subject matter jurisdiction (ECF No. 10), BE, and HEREBY IS, GRANTED;

2. Plaintiff's motion for a permanent injunction (ECF No. 7), BE, and HEREBY IS, DENIED as moot; and

3. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to the parties.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　William D. Quarles, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge